**Frank ZUMMO et al., Appellant, v. N. W. NOLAN, Appellee.**

**No. 3838.**

Court of Civil Appeals of Texas. Beaumont.

March 27, 1941.

G. H. Wilder, of Beaumont, for appellant.

Morris & Bennett and S. D. Bennett, all of Beaumont, for appellee.

O'QUINN, Justice.

This case originated in justice court. The judgment in that court was appealed to the County Court of Jefferson County, at Law, where judgment in the sum of $75 was for appellee. This appeal is from that judgment. From an inspection of the record we have concluded the judgment should be affirmed. On the authority of Associated Indemnity Corp. v. Gatling, Tex.Civ.App., 75 S.W.2d 294; Martinez v. Martinez, Tex.Civ.App., 125 S.W.2d 1119; Southwest Pump Co. v. C. F. Winfield, Tex.Civ.App., 125 S.W.2d 1119; Parker v. Miller, Tex.Civ.App., 125 S.W.2d 1119; Quality Tire Co. v. Chaddick, Tex.Civ.App., 127 S.W.2d 1040; Sagarin v. Holliday, Tex.Civ.App., 127 S.W.2d 1040; Texas & N. O. R. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040; Maryland Cas. Co. v. Palmer, Tex.Civ.App., 131 S.W.2d 1119, the affirmance is without written opinion. Affirmed.